**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KEITH N. DARROW<br>**Plaintiff,** | * | |
| | * | |
| **v.**<br>AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION, et al.<br>**Defendant.** | *<br>* | **Case No.** 8:26-cv-00390-AAQ |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

▣ I certify, as party/counsel in this case that Defendant American Speech Language Hearing Association
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with ______________________:
(name of party)

______________________________________________.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

______________________________________________.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

________________________________ and their states of citizenship:
(name of LLC party)

| | |
|---|---|
| ________________________ (name of member) | ________________________ (state of citizenship) |
| ________________________ (name of member) | ________________________ (state of citizenship) |
| ________________________ (name of member) | ________________________ (state of citizenship) |
| ________________________ (name of member) | ________________________ (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

June 1, 2026
Date

/s/ John Bergin
Signature

John Bergin (Maryland Bar 22842)
Printed name and bar number

Kilpatrick Townsend & Stockton LLP, 701 Pennsylvania Avenue, NW, Suite 200, Washington, DC 20004
Address

jbergin@ktslaw.com
Email address

(202) 481-9942
Telephone number

(202) 204-5622
Fax number