IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KEITH N. DARROW,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION, et al.,<br><br>Defendants. | No. 26-00390-AAQ |

**DEFENDANT KIM CAVITT'S MOTION TO DISMISS**
**COUNT III OF THE AMENDED VERIFIED COMPLAINT**

Defendant Kim Cavitt, AuD, through undersigned counsel, moves under Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6) to dismiss Count III of the Amended Verified Complaint filed by Plaintiff Keith N. Darrow. The grounds for this motion are stated in the accompanying memorandum of law, which is incorporated by reference here.

Dated: July 13, 2026

Respectfully submitted,

*/s/ William N. Sinclair*

William N. Sinclair (# 28833)
Todd W. Hesel (# 21466)
Christopher J. Mincher (# 29915)
SILVERMAN|THOMPSON|SLUTKIN|WHITE
400 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
bsinclair@silvermanthompson.com
thesel@silvermanthompson.com
cmincher@silvermanthompson.com

*Attorneys for Kim Cavitt, AuD*