| | |
|---|---|
| KEITH N. DARROW,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION, et al.,<br><br>Defendants. | No. 26-00390-AAQ |

**[PROPOSED] ORDER**

Upon consideration of Defendant Kim Cavitt's Motion to Dismiss Count III of the Amended Verified Complaint filed by Plaintiff Keith N. Darrow, and the opposition thereto, it is this _________ day of _________, 2026, hereby ORDERED that Motion is GRANTED [in part]. It is further ORDERED that pursuant to Federal Rule[s] of Civil Procedure [12(b)(1)] [12(b)(2)] [12(b)(6)], Count III of the Amended Verified Complaint filed by Plaintiff Keith N. Darrow is hereby DISMISSED for [lack of subject matter jurisdiction] [lack of personal jurisdiction] [failure to state a claim].

______________________________
AJMEL AHSEN QUERESHI
UNITED STATES MAGISTRATE JUDGE