Home My Network Jobs Messaging Notifications Me For Business Try Premium f




# Why the Language We Use Matters

Kim Cavitt, AuD
Principal and Chief Solutionist for Audiology Resources, Inc.

April 5, 2023

There are many catchphrases, soundbites, and taglines thrown around in audiology everyday. I see some of these words and phrases used daily in patient communications, on websites and in marketing. These include, but are not limited to:

- "Best practice"
- "Best"
- "Better"
- "Evidence based care"
- "Patient centered care "
- "Prevent"
- "Quality"
- "Successful"

What do these terms mean to you, the audiologist? Do we know what they mean to the patient? What are these catchlines based upon? Can they be objectively quantified?

Before we use these terms, I think it is important that we, as audiologists, are able to communicate what each mean and why they matter to patient outcomes, performance, and satisfaction. They are much more than merely marketing terms. They are, at their heart, a commitment and social contract to the patient and your community. We should point to standards that are supported by research and science and that are quantifiable. We cannot hold ourselves and our colleagues to standards such as "best practices", "evidence-based practice" or "patient-centered care" if we cannot clearly and definitively communicate what these terms practically encompass.



**Exhibit 1**
**Mot. to Dismiss Am. Compl.**

The same holds true for terms such as “best”, “better” and “quality”. These terms are subjective terms that cannot be truly quantified. For example, there is no way for anyone to substantiate that they are the “better” than another provider or practice without data from both practices. Otherwise, it is merely conjecture. Some of you may be able, in your community, to say you were voted ”the best of” because of a community process that awarded you that title and status. That is great; it illustrates that there is data to support the label. Otherwise, without data or metrics, an individual or practice is merely citing their own opinion of themselves and not facts or truths from their patients.

It is also vital that we do not bastardize research evidence for personal gains. This is going to be especially critical as more and more research evidence gets released related to the correlation between untreated hearing loss and dementia, co-morbidities, depression, and falls. We need to be cautious about using terms such as “cure” or ”prevent” and focus solely on the language included in the studies, which is more measured, such as "correlate", “contribute”, “link”, and “increased risk”. We also need to avoid tying treatment of hearing loss solely to premium hearing aid use, which is not supported by the literature. This is how our profession can get mischaracterized by the public and the media. Also, false promises and fear mongering can lead to patient harm and, potentially, litigation.

I was also wondering what makes premium hearing aid technology “better” or “best” beyond their time of introduction and price tag? This is important because, to date and to my knowledge, there has not been any peer-reviewed literature substantiating that one hearing aid or technology yields statistically superior outcomes compared to another. I used to tell my patients that I could put a $1M hearing aid on their ear yet I would still be sending sound through a damaged auditory system. That is the truth. There is no “best” as it pertains to technology, in my humble opinion, only “better” for THAT specific patient and their unique auditory and communicative needs. This is where communication and functional needs assessments become invaluable as they create a customized care plan for the patient. Audiologists should be prescribing the solutions, treatment options, technology, products and features that are required to best address, treat, and manage their patient’s hearing loss, without bias and at the lowest cost possible. This is again where transparency comes in; we all need to be transparent to our patients about realistic expectations and anticipated outcomes based upon their hearing loss and communication needs. THIS, not the terminology we use, is a differentiator in healthcare and the crowded marketplace.

Audiologists need to have the language we use in our patient and marketing communications reflect the doctors and scientists we are. Let’s all be mindful of the terminology we use, its potential reception by consumers and colleagues, and the expectations it creates. If you cannot quantify or defend it, do not say it. Respect and trust are earned, not given. Honestly and transparency are tantamount in redefining audiology and hearing aid dispensing in the public eye.

Comments

44 · 9 comments · 1 repost

Like Comment Share



**Exhibit 1**
**Mot. to Dismiss Am. Compl.**

Add a comment...

Most recent

**Jonathan Gervais Au.D** • 3rd+ (edited) 3y
Co-Founder @ Hearing Wellness Center | Doctor of Audiology

I remember being part of a practice years ago that was - - - - - - certified, the group is still around today so you can fill in the blank. I remember feeling so gross using that tag line, because it meant absolutely nothing. I agree wholeheartedly, words have meaning and it's something we would do well to remember. ...more

Like · 1 | Reply · 1 reply

**Kim Cavitt, AuD** Author 3y
Principal and Chief Solutionist for Audiology Resources, Inc.

Honestly, this is how I feel about ASHA and general ABA and why I have neither. I have dreamed of a Board certification that was not redundant to licensure and was consistent with Board certification in medic ...more

Like · 1 | Reply

**Michael D. Page, Au.D., F.N.A.P** • 3rd+ (edited) 3y
Professional Mediator/Arbitrator | Executive Coach | Conflict Resolut...

And in terms of our language, I might also add my preference to eliminate "sales" in our nomenclature. The best physicians and the truest scientists don't "sell things" We treat people with our professional knowledge and skills, a portion of which is the science behind the devices we use in that treatment. ...more

Like · 4 | Reply · 4 replies

See previous replies

**Michael D. Page, Au.D., F.N.A.P** • 3rd+ 3y
Professional Mediator/Arbitrator | Executive Coach | Conflict Resolutio...

Michael Valente, Ph.D. Thank you! Exactly, correct!

Like | Reply

**Shilpi Banerjee** • 3rd+ 3y
Innovator | Advisor | Strategist | Maker of awesome things

Well said, Kim! In the spirit of clarity in the language we use, one small quibble on a particular point ... the notion of "best technology." Technology = feature and, as such, it is possible to compare features and come to the conclusion that a particular HA is best. For example, if HA1 has only feature X, HA2 has features XY, and HA3 has features XYZ, it seems reasonabl ...more

Like · 1 | Reply · 1 reply

**Kim Cavitt, AuD** Author (edited) 3y
Principal and Chief Solutionist for Audiology Resources, Inc.

Thank you for comment. I agree yet disagree a bit. For me, it will depend on the feature we are talking about, as not every feature produces a potential functional hearing benefit. Some may be solely related to cosmetics or patient convenience (i.e. rechargeability) or created merely for marketing purposes. Also, does the existence ...more

Like · 2 | Reply

Load more comments

## Enjoyed this article?

Follow to never miss an update.



Kim Cavitt, AuD

**Exhibit 1**
**Mot. to Dismiss Am. Compl.**

Principal and Chief Solutionist for Audiology Resources, Inc.

Follow

## More articles for you




A Changed Landscape For Retail Audiology

Geoffrey Cooling

81 · 7 comments · 5 reposts



Audiologists are "Physicians" Under the Longshore Act

Alan Brackett

2 · 2 comments · 1 repost




Transferable Skills in Audiology: Expanding What It Means to Be an Audiologist

Michael Piskosz

122 · 24 comments · 12 reposts



**Exhibit 1**
**Mot. to Dismiss Am. Compl.**