**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **KEITH N. DARROW** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | |
| | * | |
| **AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION, et al.** | * | **Civil Action No.: 8:26-cv-00390-AAQ** |
| | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

****************************************************************************

**DEFENDANT AMERICAN SPEECH LANGUAGE HEARING ASSOCIATION'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant American Speech Language Hearing Association ("ASHA"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), moves this Court for an order dismissing the claims asserted against ASHA in their entirety and with prejudice for failure to state a claim upon which relief can be granted and in support thereof states as follows:

As stated more fully in ASHA's Brief in Support of its Motion to Dismiss Plaintiff's Amended Complaint, Plaintiff fails to state a cause of action for declaratory relief. Courts ordinarily do not interfere with internal disciplinary procedures of voluntary professional associations absent a failure of the association to follow its own rules or proceed with fundamental fairness. Plaintiff's Amended Complaint reveals that ASHA followed its own procedures and that the process was fundamentally fair. Plaintiff's claim for injunctive relief is not an independent cause of action and must be dismissed.

WHEREFORE, ASHA respectfully requests that this Court dismiss Plaintiff's claims against ASHA in their entirety and with prejudice.

Dated: July 16, 2026

Respectfully submitted,

/s/ John Bergin

John Bergin
Maryland Bar No. 22842
Kilpatrick Townsend & Stockton LLP
701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20004
jbergin@ktslaw.com
(202) 481-9942

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of July, 2026, a copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

William M. Krulak, Jr.
Patrick F. Toohey
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (fax)
wkrulak@milesstockbridge.com
pftoohey@milesstockbridge.com

Todd W. Hesel
SilvermanThompson Slutkin White
1 W. Pennsylvania Avenue #905
Towson, Maryland 21204
(410) 385 2225
(410) 547-2432 (fax)
thesel@silvermanthompson.com

/s/ John Bergin
John Bergin