**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **KEITH N. DARROW** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | |
| | * | |
| **AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION, et al.** | * | **Civil Action No.: 8:26-cv-00390-AAQ** |
| | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

*********************************************************************

**[PROPOSED] ORDER DISMISSING AMENDED COMPLAINT AS TO AMERICAN SPEECH-LANGUAGE HEARING ASSOCIATION**

This matter came before the Court on Defendant American Speech-Language Hearing Association's Motion to Dismiss. Having reviewed the motion, the brief in support and other papers filed in connection therewith, the motion is GRANTED. The Court finds that the claims against American Speech-Language Hearing Association must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) due to a failure to plead a claim upon which relief can be granted.

IT IS HEREBY ORDERED that Defendant American Speech-Language Hearing Association's Motion to Dismiss is GRANTED and the Court hereby dismisses, in its entirety, the Amended Complaint as to American Speech-Language Hearing Association, with prejudice.

IT IS SO ORDERED this ____ day of ______________________________, 2026.

______________________________
AJMEL AHSEN QUERESHI
U.S. MAGISTRATE JUDGE