**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **KEITH N. DARROW** | * | |
| **Plaintiff,** | * | |
| v. | * | |
| **AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION, et al.** | * | **Civil Action No.: 8:26-cv-00390-AAQ** |
| | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * *

## NOTICE OF CORRECTION

Plaintiff, Keith N. Darrow ("Dr. Darrow"), by undersigned counsel, with the consent of Defendant, American Speech-Language-Hearing Association ("ASHA"), submits this Notice of Correction to correct his previously filed Memorandum of Law in Opposition to ASHA's Motion to Dismiss (Dkt. No. 33) in the above captioned matter, correcting some typographical errors. A copy of Dr. Darrow's Corrected Opposition is attached as Exhibit A, along with the comparison copy attached as Exhibit B. These clerical edits do not make any substantive changes to Dr. Darrow's original brief.

Dated: August 24, 2026

Respectfully submitted,

*<u>/s/ William M. Krulak, Jr.</u>*
William M. Krulak, Jr., Fed. Bar No. 26452
Patrick F. Toohey, Fed. Bar No. 20723
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (fax)
wkrulak@milesstockbridge.com
pftoohey@milesstockbridge.com

*Attorneys for Plaintiff, Keith N. Darrow*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August 2026, I caused a copy of the foregoing to be served via ECF filing to all counsel of record and sent by e-mail to:

John T. Bergin
Kilpatrick Townsend & Stockton LLP
701 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20004
jbergin@ktslaw.com

Samera S. Ludwig
Kilpatrick Townsend & Stockton LLP
500 W. Madison Street, Suite 3700
Chicago, Illinois 60661
sludwig@ktslaw.com

William N. Sinclair
Todd W. Hesel
Christopher J. Mincher
Silverman Thompson Slutkin & White
400 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
bsinclair@silvermanthompson.com
thesel@silvermanthompson.com
cmincher@silvermanthompson.com

/s/ *William M. Krulak, Jr.*
William M. Krulak, Jr.



121261\000001\4923-3490-5546.v1