**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **KEITH N. DARROW** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | |
| | * | |
| **AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION, et al.** | * | **Civil Action No.: 8:26-cv-00390-AAQ** |
| | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

*************************************************************************

**STIPULATION EXTENDING TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Plaintiff Keith N. Darrow and Defendant American Speech Language Hearing Association ("ASHA"), through undersigned counsel, hereby stipulate that, as the parties conduct mediation and settlement negotiations, ASHA shall have through and including November 10, 2026 to file its reply brief in support of its motion to dismiss.

Stipulated and agreed to this 11th day of September, 2026.

/s/ William M. Krulak, Jr.
William M. Krulak, Jr., Fed. Bar No. 26452
Patrick F. Toohey, Fed. Bar No. 20723
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (fax)
wkrulak@milesstockbridge.com
pftoohey@milesstockbridge.com

Counsel for Plaintiff

/s/ John Bergin
John Bergin
Maryland Bar No. 22842
Kilpatrick Townsend & Stockton LLP
701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20004
(202) 481-9942
jbergin@ktslaw.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of September 2026, a copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

William M. Krulak, Jr.
Patrick F. Toohey
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (fax)
wkrulak@milesstockbridge.com
pftoohey@milesstockbridge.com

Todd W. Hesel
Silverman Thompson Slutkin White
1 W. Pennsylvania Avenue #905
Towson, Maryland 21204
(410) 385 2225
(410) 547-2432 (fax)
thesel@silvermanthompson.com

/s/ John Bergin
John Bergin